IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACQUELINE STANBACK on behalf of
   ZERINA STANBACK                                                                 PLAINTIFF

v.                             NO.  3:04CV00397 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 6th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE